UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRONSON HEALTH CARE GROUP, INC.,

        Plaintiff,                                     Case Nos. 1:15-cv-918

v.                                                  HON. JANET T. NEFF

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.
_____/

## **ORDER**

Pending before the Court is Plaintiff's Unopposed Motion to Consolidate (Dkt 41), seeking to consolidate the instant case with Case No. 1:16-cv-682, *Bronson Health Care Group, Inc. v. State Farm Mutual Automobile Insurance Company*.  The Court having reviewed the motion and the court record in the above cases:

**IT IS HEREBY ORDERED** that the Unopposed Motion to Consolidate (Dkt 41) is GRANTED.  All further submissions shall be filed in the lead case, 1:15-cv-918.


Dated: October 31, 2016                                                          /s/ Janet T. Neff
                                                                                   JANET T. NEFF
                                                                                   United States District Judge